United States District Court
Southern District of Texas
FILED

MAR 2 2 2005

Michael N. Milby, Clerk

TDH

United States District Court
Southern District of Texas
ENTERED

MAR 2 3 2005

Michael N. Milby, Clerk
Laredo Division

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| ANA LUCINA HERNANDEZ PEREZ INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JESUS MANUEL PUENTES DE LA CRUZ, DECEASED; AND AS NEXT FRIEND OF VIVIANA PUENTES HERNANDEZ, CRISTIAN PUENTES HERNANDEZ, ANA LIZBETH PUENTES HERNANDEZ and ANA JUDITH PUENTES HERNANDEZ MINORS<br><br>ELISA CHAVEZ ALTAMIRANO DE PUENTE INDVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE JOSE FLORENCIO PUENTES GAMBOA<br><br>CIRO PUENTES DE LA CRUZ, INDIVIDUALLY<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | CIVIL ACTION NO. L-04-15 |

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY stipulated by and between the Plaintiffs and Defendant, that **FORD MOTOR COMPANY** shall be dismissed from this cause without prejudice to the Plaintiffs and each party to this Stipulation are to bear their own costs and attorney's fees in this matter.

Dated this 22nd of March, 2005

_____
HONORABLE MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

By: *[signature]*
Juan A. Gonzalez
Texas State Bar No. 08129310
Federal ID 3472
1300 North 10th Street, Ste. 400
McAllen, Texas 78501
Telephone: (956) 687-8181
Fax: (956) 687-8868

OF COUNSEL
*LAW OFFICE OF MARK A. CANTU*

ATTORNEY IN CHARGE FOR
PLANTIFFS

*Counsel for Defendant, Ford Motor Company:*

*THOMPSON COE*

*[signature]* by G.D.R.
William L. Mennucci
Texas State Bar No. 00788042
Southern District Admission No. 18172
701 Brazos, Suite 1500
Austin Centre
Austin, Texas 78701
Telephone: (888) 708-8200
Fax: (512) 708-8777

ATTORNEY IN CHARGE FOR
DEFENDANT

2

## CERTIFICATE OF CONFERENCE

I Juan A. Gonzalez, do hereby certify that my office has contacted counsel in this matter. Counsel for Defendant, Ford Motor Company is unopposed to this motion.

*Juan A. Gonzalez*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded via regular mail, certified mail return receipt requested, and/or telefax to the following counsel of record on this the _16th_ day of March, 2005.

William L. Mennucci
THOMPSON COE
701 Brazos, Suite 1500
Austin Centre
Austin, Texas 78701
*Counsel for Defendant, Ford Motor Company*